IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00838-WJM-KLM

OSVALDO BARRIENTOS-SANABRIA,

    Plaintiff,

v.

LAKE COUNTY, COLORADO, a municipality,
EDWARD HOLTE, in his individual and official capacity,
ROD FENSKE, in his official capacity,
ANTONIO LOBATO, in his individual and official capacity, and
AARON D'MIZE, in his individual and official capacity,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to File Second Amended Complaint** [Docket No. 28; Filed August 18, 2011] (the "Motion").  Despite the fact that the Motion is opposed, I may rule on the Motion at any time after its filing.  *See* D.C.COLO.LCivR 7.1C.  Moreover, the Court notes that the Motion is timely and justice would appear to be served by amendment.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Second Amended Complaint [Docket No. 28-1] is accepted for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendants shall respond to the Second Amended Complaint on or before **September 6, 2011**.

    Dated:  August 19, 2011