IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00838-WJM-KLM

OSVALDO BARRIENTOS-SANABRIA,

    Plaintiff,

v.

LAKE COUNTY, COLORADO, a municipality,
EDWARD HOLTE, in his individual and official capacity,
ROD FENSKE, in his official capacity,
ANTONIO LOBATO, in his individual and official capacity, and
AARON D'MIZE, in his individual and official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Rule 35 Examination and Remedies** [Docket No. 42; Filed January 10, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff must attend the examination appointment with Dr. Jonathan Sollender, M.D., ("Sollender") that is scheduled for January 17, 2012. *See* Fed. R. Civ. P. 35(a).

    IT IS FURTHER **ORDERED** that Plaintiff's counsel will pay the $675 on Dr. Sollender's invoice for the one-and-a-half hours of lost clinic time set aside for Plaintiff's appointment on January 5, 2012, for which Plaintiff did not appear.

    IT IS FURTHER **ORDERED** that the Scheduling Order [#25] entered July 18, 2011, as modified on November 29, 2011 [#40], is further amended as follows:

- Deadline for Rebuttal Expert Disclosures    **February 8, 2012**

    Dated: January 11, 2012