IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00838-WJM-KLM

OSVALDO BARRIENTOS-SANABRIA,

   Plaintiff,

v.

LAKE COUNTY, COLORADO, a municipality,
EDWARD HOLTE, in his individual and official capacity,
ROD FENSKE, in his official capacity,
ANTONIO LOBATO, in his individual and official capacity, and
AARON D'MIZE, in his individual and official capacity,

   Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendants' **Unopposed Motion for Rule 37 Remedies** [Docket No. 45; Filed January 19, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

   IT IS FURTHER **ORDERED** that Plaintiff must attend the examination appointment with Dr. Jonathan Sollender, M.D., ("Sollender") that is scheduled for January 26, 2012. *See* Fed. R. Civ. P. 35(a).

   IT IS FURTHER **ORDERED** that Plaintiff will pay the $675 on Dr. Sollender's invoice for lost clinic time set aside for Plaintiff's appointment on January 17, 2012, for which Plaintiff did not appear.

   IT IS FURTHER **ORDERED** that the Scheduling Order [#25] entered July 18, 2011, as modified on November 29, 2011 [#40] and January 11, 2012 [#44], is further amended as follows:

   • Deadline for Rebuttal Expert Disclosures         **February 17, 2012**

   **IT IS FURTHER ORDERED that Plaintiff's failure to attend the third**

**rescheduled examination appointment with Dr. Sollender on January 26, 2012 <u>will</u> result in the Court recommending that the case be dismissed and that sanctions be imposed.**

Dated:  January 20, 2012