IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00838-WJM-KLM

OSVALDO BARRIENTOS-SANABRIA,

    Plaintiff,

v.

LAKE COUNTY, COLORADO, a municipality,
EDWARD HOLTE, in his individual and official capacity,
ROD FENSKE, in his official capacity,
ANTONIO LOBATO, in his individual and official capacity, and
AARON D'MIZE, in his individual and official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Production of Documents** [Docket No. 48; Filed January 26, 2012] (the "Request"), which is a request for production of documents directed toward Defendants and not a request for the Court to rule on a motion.

    IT IS HEREBY **ORDERED** that the Request [#48] is **STRICKEN**.  Pursuant to Fed. R. Civ. P. 5(d)(1), parties are not to file requests for documents with the Court.

    Dated:  January 30, 2012