IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00838-KLM

OSVALDO BARRIENTOS-SANABRIA,

    Plaintiff,

v.

EDWARD HOLTE, in his individual capacity,
ANTONIO LOBATO, in his individual capacity, and
AARON D'MIZE, in his individual capacity,

    Defendants.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

    IT IS HEREBY **ORDERED** that counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.  Counsel may retrieve the exhibits and depositions by contacting the Clerk of the Court.

    Dated:  December 14, 2012 at Denver, Colorado.

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L.  Mix
United States Magistrate Judge